# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>MARTHA G. DE ACEVEDO, an individual; MARIA MARTINEZ, an individual, and DOES 1-10 inclusive;<br><br>       Defendants.<br>_____ | Case No. 1:10-CV-01441-OWW-JLT<br><br>**AMENDED ORDER GRANTING MOTION FOR REMAND** |

   The Motion of Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION (hereinafter "Plaintiff") to Remand the above-referenced case back to the Kern County Superior Court, State of California was filed and scheduled for a regularly noticed hearing in Courtroom 3 of the Eastern Division (Fresno) of the United States District Court on October 4, 2010, before The Honorable Oliver W. Wanger, District Judge Presiding.

///

///

1

AMENDED ORDER GRANTING MOTION FOR REMAND

PDF created with pdfFactory trial version www.pdffactory.com

After full consideration of the evidence and the legal arguments submitted by the parties, the Court finds that Defendant lacks subject matter jurisdiction pursuant to 28 U.S.C. 1447 (c); therefore, this case should be remanded back to the Kern County Superior Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand the above-referenced case back to the Kern County Superior Court is GRANTED.

DATED: October 4, 2010              /s/ OLIVERW. WANGER_____
                                    The Honorable Oliver W. Wanger
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com